**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

```
                              *
JOSE BORRERO-ARROYO,          *
                              *
      Petitioner,             *
                              *
          v.                  *     CIVIL NO. 04-2146 (PG)
                              *     Criminal No. 03-157 (PG)
UNITED STATES OF AMERICA,      *
                              *
      Respondent.             *
_____
```

**O R D E R**

Upon review of the Magistrate Judge's Report and Recommendation (Docket No. 13), to which no objections were filed, the applicable case law, and the record of this case, the Court hereby **APPROVES and ADOPTS** the Magistrate Judge's Report and Recommendation. Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence is accordingly **DENIED and DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

San Juan, Puerto Rico, July 5, 2005.

S/ JUAN M. PÉREZ-GIMÉNEZ
JUAN M. PÉREZ-GIMÉNEZ
UNITED STATES DISTRICT JUDGE